UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>BANK OF AMERICA, N.A.,<br>　　　　Defendant. | Case No. 14-cv-05053-JSC<br><br>**ORDER RE: MEDIATION DEADLINE**<br>Re: Dkt. No. 41 |

　　The Court is in receipt of the parties' status report and stipulation filed July 24, 2015. In light of the stipulation, the deadline to complete mediation is continued to August 31, 2015. The parties shall immediately contact the mediator to reschedule. If the mediator is unable to reschedule prior to August 31, 2015, the parties shall submit a stipulation continuing the mediation deadline further with a date certain.

　　The case management conference scheduled for August 13, 2015 is continued to September 10, 2015 at 1:30 p.m., a joint case management conference statement shall be filed seven days prior to the conference.

　　**IT IS SO ORDERED.**

Dated: July 27, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge