Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorney for Plaintiff,
ANGELITA JOHNSON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA JOHNSON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:14-CV-05053-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ANGELITA JOHNSON and Defendant BANK OF AMERICA, N.A., by and through their attorneys, hereby stipulate and agree to dismiss this action in its entirety, with prejudice, each side to bear their own costs.

IT IS SO STIPULATED.

DATED: August 11, 2015                      Respectfully submitted,

                                            MELLEN LAW FIRM


                                             */s/ Sarah Shapero*
                                            Sarah Shapero, Esq.
                                            Attorney for Plaintiff
                                            ANGELITA JOHNSON


DATED: August 11, 2015                      SEVERSON & WERSON


                                             */s/ Jason Richardson*
                                            Jason Richardson, Esq.
                                            Attorney for Defendant
                                            BANK OF AMERICA, N.A.