Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiff,
ANGELITA JOHNSON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA JOHNSON, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.:  3:14-CV-05053-JSC<br><br>**[PROPOSED] ORDER** |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The above action is dismissed with prejudice; and
2. The Court shall close its file.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
Hon. Jacqueline Scott Corley
US District Court Magistrate Judge